478 A.2d 100

E.G. Frederick Health Ctr., Appellant, v.
Sponaugle et al.

Argued April 5, 1984. Roger T. Shoop, for appellant; Jack M. Hartman, for appellee.

Before WICKERSHAM, OLSZEWSKI and HOFFMAN, JJ.

Order affirmed.

479 A.2d 624

Handfinger v. Teamsters Pension Trust etc., Appellant.
Reargument Denied Aug. 28, 1984.

Argued February 14, 1984. Nicholas N. Price, for appellant; Barry J. Goldstein, for appellee.

Before CAVANAUGH, CIRILLO and WATKINS, JJ.

Judgment affirmed.

CAVANAUGH, J., filed dissenting memorandum.